IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. LACERDA,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL, Warden,<br><br>    Respondent. | No. C 12-00588 EJD (PR)<br><br>ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT<br><br><br><br>(Docket Nos. 22 & 24) |

    Petitioner, a California inmate proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 2, 2013, the Court ordered the Respondent to show cause why the petition should not be granted within sixty days of the order. (See Docket No. 14.) On November 18, 2013, Plaintiff filed a motion for default judgment against Respondent because Respondent had not filed an answer to the order to show cause. (Docket No. 22.) On November 22, 2013, the Court granted Respondent's third motion for an extension of time in which to file a response to the order to show cause. (Docket No. 23.) On November 25, 2013, Petitioner filed an amended motion for default judgment. (Docket No. 24.)

    In light of the fact that the Court granted Respondent an extension of time to file a response to the order to show cause until December 30, 2013, Petitioner's motions for

default judgment are **DENIED**.

This order terminates Docket Nos. 22 and 24.

DATED: 12/23/13

EDWARD J. DAVILA
United States District Judge